### 776. EDWARDS *v.* THE STATE.

POWELL, J. This case is controlled by *Mulkey* v. *State*, 1 *Ga. App.* 521 (58 S. E. 1022). *Judgment reversed.*

Accusation of misdemeanor, from city court of Vienna—Judge Henderson. September 4, 1907.

Submitted November 11,—Decided November 14, 1907.

*Turner & Lawson,* for plaintiff in error.

*Watts Powell, solicitor,* contra.